MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:   (916) 553-4000
Facsimile:    (916) 553-4011
E-mail:        kcm@mgslaw.com

Attorneys for Plaintiff
KRISTOFER MILLER dba COLD SPRINGS CONSTRUCTION

MOYE WHITE LLP
Dart M. Winkler (SBN 230599)
1400 Market Square, 6th Floor
Denver, CO 80202-1473
Telephone: (303) 292-2900
Facsimile: (303) 292-4510
E-mail: dart.winkler@moyewhite.com

Attorneys for Defendant
SASHCO, INC., a Colorado corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFER MILLER dba COLD SPRINGS CONSTRUCTION, <br><br> Plaintiff, <br><br> v. <br><br> SASHCO, INC., a Colorado corporation, <br><br> Defendant. | CASE NO: 2:07-CV-00904 GEB/KJM <br><br> *AMENDED* **STIPULATION TO PERMIT FILING OF (1) PLAINTIFF'S FIRST AMENDED COMPLAINT, AND (2) DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIMS; ORDER THEREON** |

The parties, by and through their counsel of record, stipulate as follows:

## RECITALS

Whereas, the Court's Pretrial Scheduling Order of August 8, 2007 (Docket No. 9) gave the parties until September 17, 2007, to seek leave to file amended pleadings (*see* Status (Pretrial Scheduling) Order filed August 8, 2007, at 2);

Whereas, on September 17, 2007, the parties timely filed a "Stipulation to Permit Filing of (1) Plaintiff's First Amended Complaint, and (2) Defendant's Amended Answer and Counterclaims" (Docket No. 13), with their proposed amended pleadings attached thereto;

1        Whereas, the parties subsequently noticed that, as a result of having the
2 documents scanned, the filed version of Plaintiff's proposed amended complaint did not include
3 page number 12;

4        Whereas, the parties want to provide the Court with a complete copy of their
5 amended pleadings;

6        Whereas, Plaintiff has timely sought leave to file an amended complaint
7 ("Amended Complaint");

8        Whereas, Defendant has timely sought leave to file an amended answer with
9 counterclaims ("Amended Answer");

10       Whereas, the parties submit this Amended Stipulation for the sole purpose of
11 putting a complete copy of their amended pleadings before the Court;

12                                STIPULATION

13       The parties stipulate and agree as follows:

14       A.    The Court may grant Plaintiff leave to file an Amended Complaint, in the
15 form attached hereto as Exhibit A;

16       B.    The Court may grant Defendant leave to file an Amended Answer, in the
17 form attached hereto as Exhibit B;

18       C.    Plaintiff's response to the counterclaims added by the Amended Answer is
19 due on October 4, 2007;

20       D.    Defendant's response to the Amended Complaint is due on October 4,
21 2007.

22 Dated: September 27, 2007        MENNEMEIER, GLASSMAN & STROUD LLP
                                                  KENNETH C. MENNEMEIER
23
                                By:   /s/ Kenneth C. Mennemeier
24                                   Kenneth C. Mennemeier
                                   Attorneys for Plaintiff Kristofer Miller
25
   Dated: September 27, 2007        MOYE WHITE LLP
26                                   DART M. WINKLER

27                                By:   /s/ Dart M. Winkler
                                   Dart M. Winkler, Attorneys for Defendant Sashco,
28                                   Inc., a Colorado corporation

<u>ORDER UPON PARTIES' STIPULATION</u>

In light of the parties' stipulation, and good cause appearing therefore:

1. The Court grants Plaintiff leave to file a First Amended Complaint, and the Amended Complaint attached hereto is deemed filed;

2. The Court grants Defendant leave to file an Amended Answer with Counterclaims, and the Amended Answer attached hereto is deemed filed;

3. Plaintiff's response to Defendant's counterclaims is due no later than October 4, 2007;

4. Defendant's response to Plaintiff's First Amended Complaint is due no later than October 4, 2007.

IT IS SO ORDERED.

Dated: October 1, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge