1  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
2  980 9th Street, Suite 1700
   Sacramento, CA 95814
3  Telephone:   (916) 553-4000
   Facsimile:   (916) 553-4011
4  E-mail:      kcm@mgslaw.com

5  Attorneys for Plaintiff
   KRISTOFER MILLER dba COLD SPRINGS CONSTRUCTION

6
   MOYE WHITE LLP
7  Dart M. Winkler (SBN 230599)
   1400 Market Square, 6th Floor
8  Denver, CO 80202-1473
   Telephone: (303) 292-2900
9  Facsimile: (303) 292-4510
   E-mail: dart.winkler@moyewhite.com
10
   Attorneys for Defendant
11 SASHCO, INC., a Colorado corporation

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 | KRISTOFER MILLER dba COLD        ) CASE NO: 2:07-CV-00904 GEB/KJM
   | SPRINGS CONSTRUCTION,            )
16 |                                  ) **[PROPOSED] ORDER RE STIPULATION**
   |         Plaintiff,               ) **FOR AN EXTENSION OF TIME TO**
17 |                                  ) **EXCHANGE EXPERT WITNESS**
   | v.                               ) **DISCLOSURES**
18 |                                  )
   | SASHCO, INC., a Colorado corporation, )
19 |                                  )
   |         Defendant.               )
20 | _____  ) Trial Date: August 26, 2008

21         In light of the parties stipulation, and good cause appearing therefore:

22         1.     The deadline for the parties to disclose expert witness information shall be

23                extended until and including November 23, 2007, and

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

2. The deadline for the parties' rebuttal experts shall be extended until and including December 24, 2007.

IT IS SO ORDERED.

Dated: October 25, 2007

GARLAND E. BURRELL, JR.
United States District Judge