MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:     (916) 553-4000
Facsimile:     (916) 553-4011
E-mail:        kcm@mgslaw.com

Attorneys for Plaintiff
KRISTOFER MILLER dba COLD SPRINGS CONSTRUCTION

MOYE WHITE LLP
Dart M. Winkler (SBN 230599)
1400 Market Square, 6th Floor
Denver, CO 80202-1473
Telephone: (303) 292-2900
Facsimile: (303) 292-4510
E-mail: dart.winkler@moyewhite.com

Attorneys for Defendant
SASHCO, INC., a Colorado corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFER MILLER dba COLD SPRINGS CONSTRUCTION,<br><br>             Plaintiff,<br><br>v.<br><br>SASHCO, INC., a Colorado corporation,<br><br>             Defendant.<br>_____ | CASE NO: 2:07-CV-00904 GEB/KJM<br><br>**STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The parties, by and through their counsel of record, stipulate as follows:

RECITALS

Whereas, Defendant Sashco, Inc. ("Sashco") filed its motion for summary judgment on October 18, 2007;

Whereas, the hearing on Sashco's summary judgment motion is currently set for November 19, 2007;

1    Whereas, Sashco and plaintiff Kristofer Miller ("Miller") have begun discussing
2 settlement of all claims and counterclaims asserted in this action;
3    Whereas, in order to continue settlement discussions, Sashco has agreed to
4 continue the hearing date on Sashco's motion for summary judgment for thirty (30) days, to
5 December 17, 2007, and the briefing schedule thereon.

## STIPULATION

7    The parties stipulate and agree as follows:
8    A.   The Court may grant the parties request to continue the hearing date on
9         Sashco's motion for summary judgment to December 17, 2007 at 9:00
10        a.m. in courtroom 10;
11   B.   Miller's opposition to Sashco's motion for summary judgment will be due
12        on December 3, 2007;
13   C.   Sashco's reply to Miller's opposition to motion for summary judgment
14        will be due on December 10, 2007.

15 Dated: November 2, 2007                MENNEMEIER, GLASSMAN & STROUD LLP
                                          KENNETH C. MENNEMEIER
16
                                   By:    /s/ Kenneth C. Mennemeier
17                                        Kenneth C. Mennemeier
                                          Attorneys for Plaintiff Kristofer Miller
18
   Dated: November 1, 2007                MOYE WHITE LLP
19                                        DART M. WINKLER

20                                 By:    /s/ Dart M. Winkler
                                          Dart M. Winkler, Attorneys for Defendant Sashco,
21                                        Inc., a Colorado corporation

22              ORDER UPON PARTIES' STIPULATION

23   In light of the parties' stipulation, and good cause appearing therefore:
24   1.   The Court hereby continues the hearing on Sashco's motion for summary
25        judgment to December 17, 2007 at 9:00 a.m.;
26 / / /
27 / / /
28

1       2.      Miller's opposition to Sashco's motion for summary judgment is now due
2               on December 3, 2007;
3       3.      Sashco's reply to Miller's opposition is now due on December 10, 2007.
4   IT IS SO ORDERED.
5   Dated: November 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge