IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFER MILLER dba COLD SPRINGS CONSTRUCTION,<br><br>        Plaintiff,<br><br>    v.<br><br>SASHCO, INC., a Colorado Corporation,<br><br>        Defendant. | 2:07-cv-904-GEB-KJM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

On November 26, 2007, the parties filed a Notice of Settlement which indicates they have reached a settlement in this action. Therefore, a dispositional document shall be filed no later than December 17, 2007. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The motion for summary judgment scheduled for December 17, 2007, is rescheduled to commence at 9:00 a.m. on January 28, 2008.

IT IS SO ORDERED.

Dated: November 28, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1