UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
KRISTOFER MILLER d/b/a COLD      )    2:07-cv-00904-GEB-KJM
SPRINGS CONSTRUCTION,            )
                                 )    ORDER
              Plaintiff,         )
                                 )
         v.                      )
                                 )
SASHCO, INC., a Colorado         )
Corporation,                     )
                                 )
              Defendant.         )
_____)
```

On December 27, 2007, the parties filed a "Stipulation of Dismissal" in which they state they have settled this action, the action is dismissed with prejudice, and that "[t]he Court shall retain jurisdiction for the purpose of enforcing, and to the extent necessary to enforce, the parties' written settlement agreement."

The parties' "Stipulation of Dismissal" erroneously assumes continuing jurisdiction will be exercised over a settlement agreement which the Court has not seen. "[T]he mere fact that the parties agree that the court should exercise continuing jurisdiction is not binding on the court." Arata v. Nu Skin Intern., Inc., 96 F.3d 1265, 1269 (9th Cir. 1996). Jurisdiction will not be exercised over the settlement the parties' reached.

Since the parties have settled this action and dismiss it with prejudice, this action is dismissed with prejudice. See

1 | Oswalt v. Scripto, Inc., 616 F.2d 191, 195 (5th Cir. 1980)
2 | (revealing that "even when no formal dismissal [is] filed with the
3 | clerk," a dismissal order may enter to effectuate the parties'
4 | intent).
5 |       IT IS SO ORDERED.
6 | Dated: January 3, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge